LIPSCHITZ, Respondent, v. BERKOVITZ et al., Appellants. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Samuel Lipschitz against Herman Berkovitz and another. A. Rosenthal, for appellants. A. Thain, for respondent. No

opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 146 App. Div. 938, 131 N. Y. Supp. 1125.